COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Katrina Marie Weibel v. Nicholas Jay Streeby

Appellate case number:      01-18-00058-CV

Trial court case number:    16-1394-F425

Trial court:                      425th District Court of Williamson County

Appellant, Katrina Marie Weibel, has filed a notice of the appeal of the trial court's order in a suit affecting the parent-child relationship. Appellant also has filed a motion to extend the time to file her appellant's brief.

The appellate record was due to be filed in this appeal by December 22, 2017. A clerk's record was filed on December 14, 2017, and supplemental clerk's records were filed on December 22, 2017, and January 9, 2018. And a reporter's record was filed on February 28, 2018. However, the reporter's record is not complete. Because the appellate record is not yet complete, appellant's brief is not yet due. *See* TEX. R. APP. P. 34.1 (providing appellate record consists of clerk's record and, if necessary to appeal, reporter's record); 38.6 (providing date to file appellant's brief is later of date clerk's record or reporter's record is filed). Accordingly, appellant's motion to extend time is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd _____
          ☑  Acting individually  ☐ Acting for the Court

Date: June 12, 2018 _____